469 A.2d 311

Commonwealth v. Tomlinson, Appellant.

Submitted January 27, 1983. Lawrence A. Kalikow, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.

469 A.2d 311

Commonwealth v. Trypus, Appellant.

Petition for Allowance of Appeal

Denied June 22, 1984.

Submitted September 30, 1983. Stanley Wolowski, for appellant; Donald E. Lewis, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Order affirmed.